UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

OnTrac Logistics, Inc. and Lasership, Inc. d/b/a OnTrac Final Mile,

      Petitioners,

v.

Speed Xpress, Inc.,

      Respondent.

Case No. 1:26-mc-49

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

---

### PETITIONERS' NOTICE OF MOTION TO FILE EXHIBITS UNDER SEAL

**PLEASE TAKE NOTICE** that upon the accompanying Declaration of Jeremy D. Sosna, Esq., dated February 3, 2026, and the accompanying Memorandum of Law in Support, Petitioners OnTrac Logistics, Inc. and LaserShip, Inc. d/b/a OnTrac Final Mile (collectively, "Petitioners"), by and through their attorneys, Littler Mendelson, P.C., will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 5.2(d) and Local Rule 5.2 to seal **Exhibits 2, 16, 17, 18,** and **23**, attached to the Declaration of Jeremy D. Sosna in Support of Petitioners' Motion to Enforce Subpoenas and Motion for Sanctions.

*Granted*
[signature]
2/11/26

Dated: February 3, 2026

        Respectfully submitted,

        */s/ Miguel A. Lopez*
        LITTLER MENDELSON, P.C.

        Miguel A. Lopez
        900 Third Avenue, 8th Fl.
        New York, NY 10022
        Telephone: 212.583.9600
        Facsimile: 212.832-2719
        malopez@littler.com

        Jeremy D. Sosna
        jsosna@littler.com
        (*Motion for Pro Hac Vice Admission Forthcoming*)
        Annika Petty Storlie
        astorlie@littler.com
        (*Motion for Pro Hac Vice Admission Forthcoming*)
        1300 IDS Center
        80 South 8th Street
        Minneapolis, MN 55402.2136
        Telephone: 612.630.1000

        ***Attorneys for Petitioners***