**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

OnTrac Logistics, Inc., et al.,

                                    **Petitioners,**

        **-against-**

Speed Xpress, Inc.,

                                    **Respondent.**

**1:26-mc-00049 (LAK) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The motion by OnTrac Logistics, Inc. and LaserShip, Inc. d/b/a OnTrac Final Mile ("Petitioners"), pursuant to Rule 45 of the Federal Rules of Civil Procedure, to enforce two subpoenas served upon Speed Xpress, Inc. ("Respondent") in the action entitled *OnTrac Logistics, Inc. and LaserShip, Inc. v. Winnie Lin*, Case No. 5:25-CV-00764-JD, pending in the U.S. District Court for the Western District of Oklahoma (the "Underlying Action"), has been referred to the undersigned for disposition. (*See* 2/20/26 Order of Ref., ECF No. 23.) Rule 45(f) of the Federal Rules of Civil Procedure provides, with respect to transferring a subpoena-related motion, that, "[w]hen the court where compliance is required did not issue the subpoena, it may transfer a motion under this rule to the issuing court if the person subject to the subpoena consents or if the court finds exceptional circumstances." Fed. R. Civ. P. 45(f).

No later than March 2, 2026, Respondent shall file a letter to the ECF docket (1) stating whether it consents to transfer the pending motion to the Western District of Oklahoma and, if not, (2) setting forth its position as to whether this Court may, *sua sponte*, transfer the pending motion to the Western District of Oklahoma, pursuant to Fed. R. Civ. P. 45(f). Thereafter, if Respondent does not consent to transfer the pending motion to the Western District of

Oklahoma, Petitioners shall, no later than March 6, 2026, file a letter to the ECF docket setting forth their position as to whether this Court may, *sua sponte*, transfer the pending motion to the Western District of Oklahoma, pursuant to Fed. R. Civ. P. 45(f).

**SO ORDERED.**

Dated:     New York, New York
           February 22, 2026

_____
STEWART D. AARON
United States Magistrate Judge